No. 69320.—National Carloading Corp. v. United States, protests 59/5689, 59/9255(B), and 59/9341 (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 25, 1965

No. 69321.—The Vivadent Corporation v. United States, protests 62/9954, etc. (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of shade guides similar in all material respects to those the subject of Vivadent Corporation v. United States (53 Cust. Ct. 190, C.D. 2494), the claim of the plaintiff was sustained.

No. 69322.—Weather Rite Sportswear Co., Inc. v. United States, protest 64/25093 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of United States v. Weather-Rite Sportswear Co., Inc. (52 CCPA, —, C.A.D. 848), the claim of the plaintiff was sustained.